# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 30, 2026

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: Kimberly Jean Brown
v. Michelle Montgomery, et al.
No. 26-5715
(Your No. 25-1220)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 13, 2026 and placed on the docket September 30, 2026 as No. 26-5715.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst